IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. ROGERS and CHRISTINA ROGERS,<br><br>            Plaintiffs,<br><br>     v.<br><br>3M COMPANY, et al.,<br><br>            Defendants. | No. C 12-6032 CW<br><br>ORDER DIRECTING DEFENDANT FOSTER WHEELER TO FILE A RESPONSE TO PLAINTIFFS' APPLICATION FOR EMERGENCY REMAND |

On November 29, 2012, Defendant Foster Wheeler Energy Corporation removed this case from San Francisco County Superior Court. The next day, on November 30, 2012, Plaintiffs Billy D. and Christina Rogers filed an ex parte application for an emergency remand to state court. Docket No. 3. Having reviewed Plaintiffs' papers, the Court hereby orders Defendant Foster Wheeler Energy Corporation to file a response to Plaintiffs' application for an emergency remand to state court within two days of this order.

IT IS SO ORDERED.

Dated: December 3, 2012

CLAUDIA WILKEN
United States District Judge