**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
Lqp T0P gwo cpp. Gus 0 (Ucvg Dct P q043: 544+
lpgwo cppB o tj ho rcy (eqo
Fcxkf N0Co gm Gus 0 (Ucvg Dct P q0 449429+
fco gmB o tj ho rcy (eqo
Octkuuc [ 0 Wej ko wtc. Gus 0 (Ucvg Dct P q04: 65: 7+
o wej ko wtcB o tj ho rcy (eqo
433 P0Dtqcf yc{. Uwkvg 4;62
U0 Nqwku. OQ 85324
Vgngrjqpg:(536) 466/35;9
Hceuko kng:(536) 843/7;;2

Cwqtpg{u hqt Rnckpvkhhu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DISTRICT

| | |
|---|---|
| BILLY D. ROGERS and CHRISTINA ROGERS,<br><br>   Plaintiffs,<br>vs.<br><br>3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company, et al.,<br><br>   Defendants. | ) Case No. C-12-8254-EW<br>)<br>) Civil Action No. (Superior Court of the State of California for the County of San Francisco CAN Q0 EIE-12/498328+<br>)<br>) [PROPOSED] ORDER IMMEDIATELY REMANDING TO STATE COURT THE REMOVED ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

AND NOW, this 4th day of December, 2012, having fully considered the matter, Plaintiffs' motion to remand (Docket No. 5) is hereby GRANTED and the above-referenced action is remanded to the Superior Court of California for the County of San Francisco.

IT IS SO ORDERED.

DATED: December 6, 2012                              _____
                                                                          HON. CLAUDIA WILKEN