**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**
Jon N. Neumann, Esq. (State Bar No. 219 544)
[jneumann@mrhfmlaw.com](jneumann@mrhfmlaw.com)
David L. Adam, Esq. (State Bar No. 227207)
[dadam@mrhfmlaw.com](dadam@mrhfmlaw.com)
Marissa Y. Uchimura, Esq. (State Bar No. 286 573)
[muchimura@mrhfmlaw.com](muchimura@mrhfmlaw.com)
1127 Broadway, Suite 298 60
St. Louis, MO 63102
Telephone: (314) 446-3179
Facsimile: (314) 621-5 7 90

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DISTRICT

| BILLY D. ROGERS and CHRISTINA ROGERS, | ) Case No. C 12-6254 CW |
|---|---|
| Plaintiffs, | ) Civil Action No. (Superior Court of the State of California for the County of San Francisco |
| vs. | ) CA No. CGC-12-276106) |
| 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company, et al., | ) **[PROPOSED] ORDER IMMEDIATELY REMANDING TO STATE COURT THE REMOVED ACTION** |
| Defendants. | ) |

AND NOW, this 4th day of December, 2012, having duly considered the matter,

Plaintiffs' motion to remand (Docket No. 5) is hereby GRANTED and the above-referenced

action is remanded to the Superior Court of California for the County of San Francisco.

IT IS SO ORDERED.

DATED: December 6, 2012                    _____
                                                                    HON. CLAUDIA WILKEN

[PROPOSED] ORDER IMMEDIATELY REMANDING TO STATE COURT THE REMOVED ACTION
PAGE 1